# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>USDC EASTERN DISTRICT OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | NO. 1:07-CV-00545-OWW-NEW-(DLB)PC<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE ACTION, AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Docs. 1 and 3) |

　　　　Plaintiff Roderick Washington ("plaintiff") is a state prisoner proceeding pro se and is housed at California State Prison-Corcoran. Plaintiff submitted a civil rights complaint against various federal employees accompanied by an application to proceed in forma pauperis. The Clerk's Office, Sacramento Division of the Eastern District filed the action on March 6, 2007, and transferred the case to the Fresno Division on April 9, 2007.

　　　　Plaintiff is subject to a Prefiling Order issued by the Honorable Oliver W. Wanger on March 26, 2003, in case number 1:99-cv-06590-OWW-LJO PC <u>Washington v. Early</u>. Pursuant to the Order, plaintiff is enjoined from filing suit in this district unless he either (1) pays the $350.00 filing fee in full at the time he files suit or (2) makes an evidentiary showing, with documentation, that he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).[1] Any documents submitted

---

[1] Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff is subject to both section 1915(g) and Judge Wanger's Prefiling Order.

by plaintiff that do not make this showing are to be returned to plaintiff and no civil action is to be opened.

This action, which was not accompanied by the $350.00 filing fee, was opened in error by the Clerk's Office prior to a prefiling review by a judge. Plaintiff's complaint has now been reviewed and it does not meet the requirements of the Prefiling Order. Specifically, plaintiff has made no showing that he is under imminent danger of serious physical injury.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DENIED; and

2. This action is DISMISSED, without prejudice, pursuant to the Prefiling Order.

IT IS SO ORDERED.

**Dated:   May 8, 2007**                      /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE